IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL HASHIM and U.S. CLAIMS SERVICES, INC. d/b/a PAYNE RICHARDS & ASSOCIATES, <br><br> Plaintiffs, <br><br> v. <br><br> DOMINICK DeSIMONE and ANDREW AUSTIN, ESQUIRE, <br><br> Defendants. | CIVIL ACTION 2:20-CV-03812 |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2020, upon consideration of the Plaintiffs Paul Hashim and U.S. Claims Services, Inc., d/b/a Payne Richards & Associates' Motion For Entry of Stay (ECF No. 4), it is hereby **ORDERED** that the Motion is **GRANTED** and this case be stayed until thirty (30) days following remittitur after the Third Circuit issues a ruling resolving the appeal in the United States Court of Appeals for the Third Circuit case captioned *Dominick DeSimone v. U.S. Claims Services, Inc., and Paul Hashim*, Case No. 20-2133.

BY THE COURT:

_____
Hon. Gerald J. Pappert
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and copy of the [Proposed] Order was made on the below via

U.S.P.S. regular mail on August 12, 2020:

Dominick DeSimone
845 Cross Street
Philadelphia, PA, 19147

**PALMER LAW GROUP, a PLC**

*/s/*
WILLIAM W. PALMER, ESQ.
*Pro Hac Vice* Counsel
2443 Fair Oaks Blvd., No. 545
Sacramento, California 95825
Telephone: (916) 972-0761
Facsimile: (916) 917-5397
Email: wpalmer@palmercorp.com

-  *and*  -

**WEIR & PARTNERS, LLP**

*/s/*
MICHAEL P. BROADHURST, ESQ. (#80906)
1339 Chestnut Street, Suite 500
Philadelphia, Pennsylvania 19107
Telephone: (215) 241-7738
Facsimile: (215) 665-8464
Email: mbroadhurst@weirpartners.com

*Attorneys for Plaintiffs Paul Hashim and U.S. Claims Services, Inc. d/b/a Payne Richards Associates*

Dated: August 12, 2020