AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

PAUL HASHIM AND U.S. CLAIMS SERVICES, INC. DOING BUSINESS AS PAYNE RICHARDS & ASSOCIATES
*Plaintiff(s)*

v.

DOMINICK DESIMONE AND ANDREW AUSTIN ESQUIRE
*Defendant(s)*

Civil   20-3812

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MICHAEL P. BROADHURST
THE WIDENER BUILDING
1339 CHESTNUT ST SUITE 500
PHILADELPHIA, PA 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   8/6/2020

s/*Brian J. Weissman*
*Signature of Clerk or Deputy Clerk*

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   20-3812

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __DOMINICK DESIMONE__
was received by me on *(date)* __AUGUST 7TH 2020__.

☒ I personally served the summons on the individual at *(place)* __845 CROSS ST. PHILA. PA. 19147__ on *(date)* __8/7/2020__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __AUGUST 7TH 2020__

_Michael Doyle_
Server's signature

__MICHAEL DOYLE; PROCESS SERVER__
Printed name and title

__230 KINGS HIGHWAY EAST, STE. 281
HADDONFIELD N.J. 08033__
Server's address

Additional information regarding attempted service, etc:   __215.545.7655__