# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL HASHIM and U.S. CLAIMS SERVICES, INC. d/b/a PAYNE RICHARDS & ASSOCIATES 3801 Pegasus Dr., Unit No. 101 Bakersfield, CA 93380, | : : : : : | CIVIL ACTION 2:20-CV-03812 |
| Plaintiffs, | : : | |
| v. | : : | |
| DOMINICK DeSIMONE and ANDREW AUSTIN, ESQUIRE, | : : : | |
| Defendants. | : : | |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

## PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), plaintiffs Paul Hashim ("Hashim") and U.S. Claims Services, Inc. d/b/a Payne Richards & Associates ("Payne Richards") (collectively "Plaintiffs") hereby voluntarily dismisses this action, without prejudice, as against defendants Dominick DeSimone and Andrew Austin (collectively, "Defendants"). Defendants have neither filed nor served an answer or other responsive pleading.

WHEREFORE, Plaintiffs respectfully request the Court to enter an order granting voluntary dismissal of this action without prejudice.

Dated:  September 24, 2020

Respectfully submitted,

**PALMER LAW GROUP, a PLC**

*/s/*
WILLIAM W. PALMER, ESQ.
*Pro Hac Vice* Counsel
2443 Fair Oaks Blvd., No. 545
Sacramento, California 95825
Telephone: (916) 972-0761
Facsimile: (916) 917-5397
Email: wpalmer@palmercorp.com

- *and* -

**WEIR & PARTNERS, LLP**

*/s/*
MICHAEL P. BROADHURST, ESQ. (#80906)
1339 Chestnut Street, Suite 500
Philadelphia, Pennsylvania 19107
Telephone: (215) 241-7738
Facsimile: (215) 665-8464
Email: mbroadhurst@weirpartners.com

*Attorneys for Plaintiffs Paul Hashim and U.S. Claims Services, Inc. d/b/a Payne Richards Associates*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PAUL HASHIM and U.S. CLAIMS SERVICES, INC. d/b/a PAYNE RICHARDS & ASSOCIATES 3801 Pegasus Dr., Unit No. 101 Bakersfield, CA 93380, | : : : : : : | CIVIL ACTION 2:20-CV-03812 |
| Plaintiffs, | : : | |
| v. | : : | |
| DOMINICK DeSIMONE and ANDREW AUSTIN, ESQUIRE, | : : : | |
| Defendants. | : : | |

**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**

It is hereby ordered and decreed, this _____ day of _____, 2020, that the above captioned matter is dismissed without prejudice to the plaintiffs' request for voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2020, I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice Pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with the Clerk of the Court by using the CM/ECF system, which sent notice of such filing to all parties.

**PALMER LAW GROUP, a PLC**

*/s/*
WILLIAM W. PALMER, ESQ.
*Pro Hac Vice* Counsel
2443 Fair Oaks Blvd., No. 545
Sacramento, California 95825
Telephone: (916) 972-0761
Facsimile: (916) 917-5397
Email: wpalmer@palmercorp.com